```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 41282
   CYNTHIA A RIEHM
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1410

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/28/2005 and was confirmed 11/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/21/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
AAA FINANCIAL SERVICES     UNSECURED       NOT FILED          .00            .00
BANK ONE                   UNSECURED       NOT FILED          .00            .00
BANK ONE                   UNSECURED       NOT FILED          .00            .00
BRYLANE HOME               UNSECURED       NOT FILED          .00            .00
CHASE MASTERCARD           UNSECURED       NOT FILED          .00            .00
CHILDRENS PLACE            UNSECURED       NOT FILED          .00            .00
CLARK GAS                  UNSECURED       NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         6142.03          .00        6142.03
EXXON MOBIL                UNSECURED       NOT FILED          .00            .00
J JILL CREDIT PLAN         UNSECURED       NOT FILED          .00            .00
JESSICA LONDON             UNSECURED       NOT FILED          .00            .00
LANE BRYANT                UNSECURED       NOT FILED          .00            .00
MONROE & MAIN              UNSECURED       NOT FILED          .00            .00
ROAMANS                    UNSECURED       NOT FILED          .00            .00
SEARS CARD                 UNSECURED       NOT FILED          .00            .00
TARGET NATIONAL BANK       UNSECURED        12780.69          .00       12780.69
RUSSELL J STEWART          DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                      1,266.29
DEBTOR REFUND              REFUND                                       3,978.37

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            24,167.38

PRIORITY                                    .00
SECURED                                     .00
UNSECURED                             18,922.72
ADMINISTRATIVE                              .00
TRUSTEE COMPENSATION                   1,266.29
DEBTOR REFUND                          3,978.37

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 41282 CYNTHIA A RIEHM
```

```
                                  ---------------   ---------------
TOTALS                              24,167.38          24,167.38
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 08/27/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```